UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMI L. BARBOUR, | ) | CIVIL ACTION NO. 4:20-CV-0861 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
|     Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED, and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

(2) The Clerk of Court is DIRECTED to issue final judgment in favor of Cami L. Barbour by separate order.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: September 30, 2021    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge